**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **MACROSOLVE, INC.**<br><br>    Plaintiff,<br><br>**v.**<br><br>**TRAVELOCITY.COM LP**<br>    Defendant. | Civil Action No. 6:11-cv-00693<br><br>**JURY TRIAL DEMANDED** |

## ORDER OF DISMISSAL OF TRAVELOCITY.COM LP

In light of the joint motion to dismiss filed by Plaintiff MacroSolve, Inc. ("MacroSolve") and Defendant Travelocity.com LP ("Travelocity"), it is hereby ORDERED that all claims and counterclaims made by MacroSolve and Travelocity against each other in this action are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs.

**So ORDERED and SIGNED this 4th day of April, 2012.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**